1  **THORNTON DAVIDSON**, #166487
   Thornton Davidson & Associates
2  2055 San Joaquin Street
   Fresno, California 93721-2717
3  Telephone:   (559) 256-9800
   Facsimile:   (559) 256-9795
4

5  Attorney for Plaintiff, MARK BARNES

UNITED STATES DISTRICT COURT FOR

THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK BARNES, | Case No.: C 05 02036 SI |
| Plaintiff, | **REQUEST FOR TELEPHONIC APPEARANCE** |
| v. | |
| SONY ELECTRONICS GROUP LONG TERM DISABILITY PLAN; SONY ELECTRONICS INC., GROUP LIFE INSURANCE PLAN | Date: September 23, 2005<br>Time: 2:00 p.m.<br>Judge: Honorable Susan Illston<br>Courtroom: 10 |
| Defendants. | |

   I, Thornton Davidson, counsel for plaintiff Mark Barnes, hereby request, pursuant to Local Rule 16-10, to participate in the initial Case Management Conference by telephone. This request is made for the following reasons:

   1.   The initial Case Management Conference is scheduled for September 23, 2005 at 2:00 p.m. in Courtroom 10 before the Honorable Susan Illston.

   2.   Counsel for the parties have prepared and filed the Joint Case Management Statement.

   3.   This request to appear by telephone is made because Plaintiff's counsel maintains his office in the City of Fresno, California, a distance of approximately 200 miles from

the courthouse.

4. Defense Counsel does not object to my appearance by telephone.

Dated: September 16, 2005  /S/Thornton Davidson
THORNTON DAVIDSON
Attorney for Plaintiff,
MARK BARNES

**[PROPOSED] ORDER**

_____Plaintiff's counsel, Thornton Davidson, may participate in the initial Case Management Conference in this action by telephone.

Dated: _____  _____
HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT
JUDGE

**GRANTED**
Judge Susan Illston

REQUEST FOR TELEPHONIC APPEARANCE [PROPOSED] ORDER
Case No.: C 05 02036 SI

2