Thornton Davidson (SBN 166487)
Thornton Davidson & Associates
2055 San Joaquin Street
Fresno, California 93721
Telephone: (559) 256-9800
Facsimile: (559) 256-9791

Attorneys for Plaintiff,
MARK BARNES

Horace W. Green (SBN 115699)
Joanne M. Ryan (SBN 199193)
GREEN & HUMBERT
220 Montgomery Street, Suite 438
San Francisco, California 94104
Telephone: (415) 837-5433
Facsimile: (415) 837-0127

Attorneys for Defendants
SONY ELECTRONICS, INC. LONG TERM DISABILTY PLAN and SONY ELECTRONICS, INC. LIFE INSURANCE PLAN

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK BARNES, | Case No. C 05-02036 SI |
| Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL OF ACTION WITH PREJUDICE** |
| v. | |
| SONY ELECTRONICS GROUP LONG TERM DISABILITY PLAN; SONY ELECTRONICS INC, GROUP LIFE INSURANCE PLAN, | |
| Defendants. | |

Plaintiff MARK BARNES and Defendants SONY ELECTRONICS, INC. LONG TERM DISABILITY PLAN and SONY ELECTRONICS, INC. LIFE INSURANCE PLAN, by and through their respective counsel of record, hereby stipulate that this matter be dismissed with prejudice, each party to bear its own costs of suit and attorney's fees.

DATE: November 11, 2005   THORNTON DAVIDSON & ASSOCIATES

By:  /s/ Thornton Davidson
     THORNTON DAVIDSON

Attorneys for Plaintiff
MARK BARNES

DATE: November 11, 2005   GREEN & HUMBERT

By:  /s/ Horace W. Green
     HORACE W. GREEN
     JOANNE M. RYAN

Attorneys for Defendants
SONY ELECTRONICS, INC. LONG TERM DISABILTY PLAN and SONY ELECTRONICS, INC. LIFE INSURANCE PLAN

**ORDER**

IT IS SO ORDERED.

DATED: _____
        SUSAN _____ Judge
        [Signature: Susan Illston]
        Judge Susan Illston